

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN RE:  BENJAMIN J. GUTIERREZ, | § | No. 08-14-00061-CV |
|  | § | ORIGINAL PROCEEDING |
| RELATOR. | | ON PETITION FOR WRIT OF |
|  | § | MANDAMUS |
|  | § | |

## J U D G M E N T

The Court has considered this cause on the Relator's *pro se* petition for writ of mandamus against the Honorable Yahara Gutierrez, Judge of the 65th District Court of El Paso, Texas, and concludes that Relator's petition for writ of mandamus should be denied.  We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 19TH DAY OF FEBRUARY, 2014.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.